1002

[No. 43678-7-II.   Division Two.   November 19, 2013.]

SOUND SUPPORT, INC., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-01963-1, Lisa L. Sutton, J., entered June 22, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 43829-1-II.   Division Two.   November 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA ANN FLAMMINI, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-01501-1, James J. Dixon, J., entered August 15, 2012. *Affirmed in part* and *remanded* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 30763-8-III.   Division Three.   November 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR GARCIA SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-1-00265-1, Evan E. Sperline, J., entered April 3, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30895-2-III.   Division Three.   November 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY WILLARD ANDREWS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00600-4, John M. Antosz, J., entered May 22, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.